*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| VISUAL PRO 360, INC.; | ) | Case No. 2:15-BK-00968-GBN |
| Debtor. | ) | |
| | ) | |
| DALE D. ULRICH, TRUSTEE, | ) | **Adversary No. 2:17-AP-00113** |
| Plaintiff, | ) | |
| v. | ) | |
| VIGILANT SOLUTIONS, INC.; | ) | |
| Defendant. | ) | |

**C O M P L A I N T**

Dale D. Ulrich ("Ulrich"), as trustee of the bankruptcy estate of Visual Pro 360, Inc. for his Complaint, says as follows:

1. Ulrich is the duly appointed trustee of the bankruptcy estate of Visual Pro 360, Inc., Bankruptcy Case No. 2:15-BK-00968-GBN.

2. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §157(b)(2). This is a core proceeding.

3. This case was filed as a voluntary Chapter 7 proceeding on January 30, 2015.

4. Vigilant Solutions, Inc. ("VSI") is a corporation doing business in Maricopa County, Arizona.

5. Prior to the bankruptcy filing, Vigilant sold merchandise to the debtor.

6. On or about February 5, 2015, after the bankruptcy filing on January 30, 2015, VSI received from the debtor the following merchandise that had previously been sold to the debtor by VSI:

    A. $92,090.00
    B. $101,299.00
    C. $248,643.00
    D. $27,627.00
    E. $46,045.00
    F. $458,700.00
    Total: $974,404.00

A copy of VSI's accounting showing these returns is attached as Exhibit A and is incorporated by reference herein.

7. These post-petition transfers of estate property totaling $974,404.00 to VSI were not authorized by the bankruptcy court or the Bankruptcy Code.

8. These transfers to VSI totaling $974,404.00 are avoidable by the trustee under 11 U.S.C. §549.

9. On or about December 23, 2014, inventory totaling $688,500.00 that had been sold to the debtor by VSI was sent to VSI at VSI's warehousing facility in Texas. That inventory is property of the estate pursuant to 11 U.S.C. §541.

10. VSI is liable to the estate for the inventory in the amount of $688,500.00 received and retained by VSI.

**WHEREFORE**, the trustee prays as follows:

A. For the entry of a judgment against VSI avoiding the post-petition transfers to VSI totaling $974,404.00 pursuant to 11 U.S.C. §549.

B. For a judgment against VSI in the amount of $974,404.00 pursuant to 11 U.S.C. §550(a)(1).

C. For a judgment against VSI in the amount of $688,500.00 pursuant to 11 U.S.C. §542.

D. For interest on all amounts awarded to the trustee at the federal district court judgment rate from the date of the transfer until satisfaction, along with costs incurred. In the event of default, the trustee will request costs of $350.00.

DATED January 27, 2017.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake – 009656
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Attorney for Trustee

3