D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
Paul M. Lopez
State Bar I.D. No. 24076516
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
E-Mail**:** michael.lynn@bondsellis.com
E-Mail: john@bondsellis.com
E-Mail: paul.lopez@bondsellis.com

ATTORNEYS FOR DEFENDANT
VIGILANT SOLUTIONS, INC.

DALE C. SCHIAN, #010445
**SCHIAN WALKER, P.L.C**.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
E-MAIL: dale @biz.law
E-Mail for Electronic
Service:  **bkdocket@biz.law**

ATTORNEYS FOR DEFENDANT
VIGILANT SOLUTIONS, INC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>    VISUAL PRO 360 INC.<br>*Debtor(s)* | Case No.: 2:15-bk-00968—GBN<br><br>Chapter 7 |
|     Dale D. Ulrich<br><br>*Plaintiff(s)*<br><br>v.<br><br>    Vigilant Solutions, Inc.<br><br>*Defendant(s)* | Adversary No.: 2:17-ap—00113—GBN |

### DEFENDANT'S STATEMENT OF FACTS

1

TO HONORABLE GEORGE NIELSEN, U.S. BANKRUPTCY JUDGE:

NOW COMES Defendant Vigilant Solutions, Inc. ("Vigilant" or "Defendant") and submits this *Statement of Facts* in support of its *Response to Plaintiff's Motion for Partial Summary Judgment* (the "Response") to Dale D. Ulrich's ("Ulrich" or "Plaintiff"), as trustee of the bankruptcy estate of Visual Pro 360, Inc. ("Debtor") *Motion for Partial Summary Judgment* [Docket No. 20] (the "Motion") and respectfully submits the following:

## I. Statement of Facts

1. On January 30, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. *See* Docket No. 1 in the above-captioned bankruptcy case.

2. On February 5, 2015, the Defendant received the following merchandise (the "Merchandise") from the Debtor:

| No. of Items | Item Description |
|---|---|
| 10 | 3 camera mobile LPR kit with Raptor 2 type cameras |
| 11 | 3 camera mobile LPR kit with Reaper type cameras |
| 27 | 3 camera mobile LPR kit with Reaper type cameras |
| 3 | 3 camera mobile LPR kit with Raptor 2 type cameras |
| 5 | 3 camera mobile LPR kit with Raptor 2 type cameras |
| 50 | 3 camera mobile LPR kit with Reaper type cameras |

*See* Lopez Affidavit attached hereto as Exhibit A.

3. In exchange for the Merchandise, Debtor received a credit from Defendant, but Defendant did not receive any cash from Debtor. *See* Lopez Affidavit attached hereto as Exhibit A.

4. Because the Plaintiff has not proven when the alleged transfer occurred as required by section 549 and because the Plaintiff has not proven value in a manner that rises to summary judgment standard, the Motion should be denied.

WHEREFORE, Defendant prays that the Motion be denied.

Respectfully submitted,

*/s/ D. Michael Lynn*
D. Michael Lynn
State Bar I.D. No. 12736500
John Y. Bonds, III
State Bar I.D. No. 02589100
Paul M. Lopez
State Bar I.D. No. 24076516
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
**ATTORNEYS FOR VIGILANT SOLUTIONS, INC.**

and

DALE C. SCHIAN, #010445
**SCHIAN WALKER, P.L.C**.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
E-MAIL: dale @biz.law
E-Mail for Electronic Service: **bkdocket@biz.law**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of June, 2017, a copy of the foregoing document was served on all parties requesting service via the Court's ECF system and via first class mail on Dale D. Ulrich, Trustee.

/s/ DALE C. SCHIAN, #010445
Dale C. Schian

3

# EXHIBIT "A"

# AFFIDAVIT OF JOHN LOPEZ

STATE OF CALIFORNIA §
§
COUNTY OF ALAMEDA §

BEFORE ME, the undersigned Notary Public in and for the State of California, on this day personally appeared John Lopez, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is John Lopez. I am over twenty-one years of age, of sound mind and am otherwise capable of making this affidavit.

2. I have personal knowledge of each of the facts stated in this Affidavit, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I could and would testify to the matters set forth below based upon my personal knowledge, except where otherwise indicated below.

3. I am the Director of Operations. I have been employed with Vigilant Solutions for 4 years.

4. On February 5, 2015, the following property was delivered to Vigilant Solutions by Debtor:

| No. of Items | Item Description |
|---|---|
| 10 | 3 camera mobile LPR kit with Raptor 2 type cameras |
| 11 | 3 camera mobile LPR kit with Reaper type cameras |
| 27 | 3 camera mobile LPR kit with Reaper type cameras |
| 3 | 3 camera mobile LPR kit with Raptor 2 type cameras |
| 5 | 3 camera mobile LPR kit with Raptor 2 type cameras |
| 50 | 3 camera mobile LPR kit with Reaper type cameras |

5. Debtor was given credit for any and all merchandise returned to Vigilant Solutions.

6. The foregoing constitutes the full and complete statement of John Lopez.

AFFIDAVIT OF JOHN LOPEZ
Case 2:17-ap-00113-GBN    Doc 24    Filed 06/29/17    Entered 06/29/17 10:44:13    Desc
Main Document    Page 5 of 6

I declare under penalty of perjury that the foregoing is true and correct.

Affiant further sayeth not.

Dated: June 21, 2017

John Lopez

SWORN TO AND SUBSCRIBED TO BEFORE ME, on this the 26 day of June 2017, to witness my hand and official seal of office.

Notary Public for the State of California

NISHA-RANI SINGH
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2072590
ALAMEDA COUNTY
My Comm. Exp. July 22, 2018