***TERRY A. DAKE, LTD.***
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VISUAL PRO 360, INC.; | ) | Case No. 2:15-BK-00968-GBN |
| | ) | |
| Debtor. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| DALE D. ULRICH, | ) | |
| TRUSTEE, | ) | **Adversary No. 2:17-AP-00113** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VIGILANT SOLUTIONS, INC.; | ) | |
| | ) | |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

### TRUSTEE'S CONTROVERTING
### STATEMENT OF FACTS

The trustee responds hereby to the Defendant's Statement Of Facts filed at Adv. Dkt. No. 24:

1. Admitted.

2 The trustee admits that the merchandise that was returned post-petition to the defendant by the debtor in violation of 11 U.S.C. §549 is the merchandise that is identified in the summary prepared by the defendant. That summary matches Exhibits C-I presented to the Court by the trustee at Adv. Dkt. No. 21.

3. Admitted.

4. Paragraph 4 contains a legal conclusion, not a statement of fact. The trustee denies the allegation. As admitted by Steve Cintron, John Lopez, and as set forth in the testimony of Gavin Hutchins attached as Exhibit 1, there was in fact a post-petition transfer of the debtor's assets to the defendant.

5. Exhibits 2-7, which are attached hereto, demonstrate that the information contained in the trustee's Exhibits C-I, and in the Lopez affidavit, are consistent.

DATED July 13, 2017.

**TERRY A. DAKE, LTD.**

By   /s/ TD009656
     Terry A. Dake – 009656
     20 E. Thomas Rd.
     Suite 2200
     Phoenix, Arizona 85012-3133
     Attorney for Trustee

2

Copy e-mailed July 13, 2017 to:

D. MICHAEL LYNN
BONDS ELLIS EPPICH SCHAFER JONES, LLP
420 THROCKMORTON ST #1000
FORT WORTH, TX 76102
8174056900
michael.lynn@bondsellis.com

 /s/TD009656

3



**_E X H I B I T 1_**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceedings |
| | ) | |
| | ) | |
| VISUAL PRO 360, INC.; | ) | Case No. |
| | ) | 2:15-BK-00968-GBN |
| | ) | |
| Debtor. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2004 EXAMINATION OF

GAVIN HUTCHINS

JUNE 12, 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL EXAMINATION OF GAVIN HUTCHINS, produced as a witness at the instance of the Trustee, and duly sworn, was taken in the above-styled and numbered cause on the 12th day of June, 2015, from 3:59 p.m. to 4:28 p.m., via telephone, before Amy Gutknecht, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Lockwood and Associates, located at 5746 Grosseto Drive, Frisco, Texas, in accordance with the Federal Rules of Civil Procedure and the provisions stated on the record or attached.

1                    A P P E A R A N C E S

2

3    FOR THE TRUSTEE:

4          TERRY A. DAKE, LTD. (VIA TELEPHONE)
            20 EAST THOMAS ROAD, SUITE 220
5          PHOENIX, ARIZONA 85012-3133
            (602) 710-1005
6          TDAKE@COX.NET

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          INDEX

                                                PAGE

Appearances ................................... 2

Examination by Mr. Dake ....................... 4

Reporter's Certificate ........................ 30




                       EXHIBIT LIST

 NO.  DESCRIPTION                              PAGE

1 - E-mail correspondence ..................... 11

2 - Photocopy of a paycheck ................... 22

3 - Bank of America transfer of funds ......... 24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          P R O C E E D I N G S

2                GAVIN HUTCHINS,

3   having been first duly sworn, testified as follows:

4                  EXAMINATION

5   BY MR. DAKE:

6        Q.    I'll need you to speak up just a little bit

7   or get a little closer to the microphone because the

8   witness swearing was a little faint.

9        A.    Okay.  How's that?

10       Q.    That's much better.

11       A.    Okay.

12       Q.    Good afternoon.  My name is Terry Dake.  I

13   represent Dale Ulrich.  Mr. Ulrich is the trustee of the

14   bankruptcy estate of Visual Pro 360.  Can I please have

15   you state your name for the record?

16       A.    Gavin Thane Patrick Hutchins.

17       Q.    And, Mr. Hutchins, I have asked you to

18   appear for this examination today in connection with the

19   bankruptcy case filed by Visual Pro.  And the reason for

20   that is I'd like to ask you some questions about the

21   things that I think you have information about.

22            My job is not to trick you or to get you to

23   say something.  I don't have an ax to grind with you,

24   but it appears that you have some information that may

25   be relevant to the Visual Pro bankruptcy, so I'd like to

1    ask you some questions on the record.

2           What I'm going to try to do today is ask you

3    what I think are understandable questions, but I don't

4    always do a good job of that.  So it's important that if

5    I ask you a question and you don't understand me or if

6    you can't hear me well, since I'm doing this

7    telephonically, that you let me know that, because if

8    you answer my question, I'm assuming that you and I are

9    talking about the same thing.

10          The court reporter's job today is to keep

11   track of the testimony and take down what it is that you

12   and I talk about, so it's important that we do a couple

13   of things.  First, it's important that we try to talk

14   one at a time.  It's sometimes easy to anticipate where

15   somebody is going, and so you jump in and you answer

16   before the question is done, or sometimes I anticipate

17   or think that you're done, and I'll start talking before

18   you're finished.  So if we'll both kind of be cognizant

19   of that today, the court reporter will be able to make a

20   good record and we won't step on each other's lines, so

21   to speak.

22          A.    Okay.

23          Q.    The other thing that's important is when

24   you're answering my question, if you could avoid

25   "uh-huh" and "huh-uh," because those can be easily

1   confused. And certainly avoid shaking your head yes and

2   no, because, again, since I'm doing this telephonically,

3   I won't know what it is that you're saying.

4         Since we are doing this telephonically, I'm

5   going to do my best to listen carefully. If at some

6   point I have trouble hearing you, I will let you know

7   that, and if you have trouble hearing me, please let me

8   know that as well. All right?

9     A.   Yes.

10     Q.   I know from our e-mail traffic that you have

11   been traveling. Are you otherwise alert and able to

12   testify today?

13     A.   Yes.

14     Q.   Okay. Are you taking any kind of medication

15   that would impair your ability to think clearly?

16     A.   No.

17     Q.   All right. Are you otherwise well and

18   healthy today?

19     A.   Yes.

20     Q.   All right. Tell me what your address is,

21   please.

22     A.   7100 South I-35 E, Denton, Texas 76210.

23     Q.   All right. And how old are you?

24     A.   48.

25     Q.   And are you married?

**Lockwood & Associates Court Reporters, LLC**
(214) 705-0141
Case 2:17-ap-00113-GBN   Doc 26   Filed 07/13/17   Entered 07/13/17 15:46:37   Desc
Main Document    Page 10 of 36

1      A.    Yes.

2      Q.    And how long have you been married?

3      A.    25 years.

4      Q.    And your wife's name?

5      A.    Connie.

6      Q.    And what do you do for a living?  What's

7 your occupation?

8      A.    I'm an engineer.

9      Q.    And what sort of engineering?

10      A.    Communications, computers, RF.

11      Q.    And how long have you been doing that sort

12 of work?

13      A.    25 years.

14      Q.    And college degree?

15      A.    No.

16      Q.    Any type of licensing?

17      A.    No.

18      Q.    Any trade school?

19      A.    United States Marine Corps, Department of

20 Defense Security Institute, technical surveillance

21 countermeasures course.

22      Q.    Okay.  And how long were you in the Marines?

23      A.    13 years.

24      Q.    Thank you for your service.

25            Are you related or affiliated in any way

1    with a company called Trinity Sheet Metal?

2         A.    I am an employee of Trinity Sheet Metal.

3         Q.    Okay.  And how long have you been employed

4    by Trinity?

5         A.    Since February 6 of this year.

6         Q.    And what is the location of that business?

7    What's the address?

8         A.    The physical address is 2385 Oak Grove

9    Parkway, Little Elm, Texas 75068.

10        Q.    And you said you worked there since February

11   of this year; what sort of work do you do for them, the

12   same type of engineering work we've talked about?

13        A.    Yes.

14        Q.    Were you previously employed by Visual Pro

15   360?

16        A.    Yes.

17        Q.    During what time period?

18        A.    April of 2014 until February 6th of this

19   year.

20        Q.    All right.  You went from Visual Pro to

21   Trinity Sheet Metal, correct?

22        A.    Yes.

23        Q.    Okay.  And what were your job duties at

24   Visual Pro?

25        A.    Engineer.

1    Q.    And anything in particular that you were

2    doing for Visual Pro?

3    A.    When Steve Herold left the company, I was

4    put in charge of operations there.

5    Q.    And what you say "operations," was that

6    business management or technical operations or how did

7    that work?

8    A.    I'm not sure how to quantify that.

9    Q.    Okay.  You said you took over operations;

10   just tell me a little bit more about what you mean when

11   you say you took over operations.

12   A.    I continued my role as the technical

13   director for the company, and I also worked with the

14   management team on trying to figure out a way to keep

15   the company solvent.

16   Q.    All right.  Are you familiar with a transfer

17   of Vigilant equipment from the offices of Visual Pro 360

18   in Tempe to Trinity Sheet Metal in Texas?

19   A.    Yes.

20   Q.    Tell me what you know about that transfer.

21   A.    The equipment was stored in a public storage

22   facility close to Visual Pro's original building.  When

23   the company was bankrupt, it was moved to Little Elm,

24   Texas with the rest of the equipment that had been

25   ordered on a consignment order with Vigilant.

1    Q.    And so it was the filing of the bankruptcy

2  that triggered that move?

3    A.    Well, when the company was going to be

4  dissolved, the public storage was being paid for on a

5  personal credit card of Phillip Lair.  At that point,

6  Phillip didn't have a job.  It didn't seem prudent to

7  leave the equipment in storage with, you know, an

8  employee that wasn't going to be there.

9    Q.    Okay.  And you said it was moved with other

10  equipment that was on consignment; what other equipment?

11  Was there equipment already at Trinity Metal?

12    A.    There was.  To the best of my recollection,

13  all of the Vigilant equipment that was acquired by VP

14  360 through Vigilant was done on a consignment basis.

15    Q.    Okay.

16    A.    So there was two, as far as I know -- knew,

17  without actually having seen any paperwork on the -- on

18  either one of the consignment orders, that part of the

19  order was shipped directly to Little Elm, and part of

20  the order was, of course, in Phoenix -- or in Tempe.

21    Q.    And do you have any idea of how much stuff

22  was at Little Elm in February of 2015?

23    A.    No.

24    Q.    Okay.

25                MR. DAKE:  If our court reporter will

1  mark the e-mail from Jeff White to Gavin Hutchins, that

2  is one of the exhibits today, as Exhibit 1, I would

3  appreciate it.

4           (Deposition Exhibit 1 marked.)

5       A.    Okay.

6       Q.    (BY MR. DAKE)  So you have the document

7  marked as Exhibit 1, which is an e-mail that's from Jeff

8  White sent on Sunday, February 8, 2015 to Gavin Hutchins

9  and Mike Budz?

10      A.    Uh-huh.

11      Q.    All right.  Is that a "Yes"?

12      A.    Yes.

13      Q.    All right.  Do you recall this e-mail?

14      A.    No.

15      Q.    All right.  What is your understanding of

16 Mr. White's role at Visual Pro 360?

17      A.    I don't really know other than he was either

18 a part-owner -- I guess I would say my understanding of

19 Jeff White's role was either as a part-owner -- I guess

20 that's all I can really say.  He was part-owner of the

21 company.

22      Q.    All right.  If we look below the

23 communication from Mr. White to you and to Mike Budz.

24      A.    Okay.

25      Q.    The second e-mail on Exhibit 1 is an e-mail

1 from you to Mike Budz, correct?

2     A.    Correct.

3     Q.    All right.  And you cc'd this e-mail to Neil

4 Schlisserman --

5     A.    Correct.

6     Q.    -- Tim Hall and David Harms?

7     A.    Correct.

8     Q.    All right.  Walk through those, if you will.

9 Who is Mike Budz?

10     A.    Mike Budz is the regional sales manager for

11 Vigilant for -- I'm not sure exactly what his

12 geographical responsibilities are, but I know Texas is

13 one of his states.

14     Q.    Okay.  You said he works for Vigilant; do

15 you know if he still works for Vigilant?

16     A.    Yes, he does.

17     Q.    Okay.  And who is Tim Hall?

18     A.    Tim Hall is the owner of Trinity Sheet

19 Metal.  One of the owners of Trinity Sheet Metal.

20     Q.    And then the third person who is cc'd is

21 David Harms.  Who is David Harms?

22     A.    Co-owner of Trinity Sheet Metal.

23     Q.    So he's another owner with Mr. Hall?

24     A.    Correct.

25     Q.    Okay.  And why are these things going to

1  Trinity Sheet Metal?

2       A.    Trinity Sheet Metal is a holding facility

3  for consignment orders for Vigilant.

4       Q.    Just for Vigilant, or do they provide that

5  service generally for any number of companies?

6       A.    They do it for Vigilant primarily.  There is

7  quite a bit of equipment there for other value-added

8  resellers throughout the United States and international

9  customers.

10      Q.    And is that the business of Trinity Sheet

11  Metal?  It sounds more like a metal fabricator by that

12  name than it does a consignment warehouse.

13      A.    I would say it's another line business that

14  they do.

15      Q.    Okay.  So they have facilities there where

16  they can warehouse materials for people?

17      A.    They do it only for Vigilant, as far as I

18  know.

19      Q.    Okay.  And Mr. Harms, do you know who he

20  works for currently?

21      A.    David Harms and Tim Hall are still current

22  co-owners of Trinity Sheet Metal.

23      Q.    Okay.  And then the next person who is cc'd

24  is Neil Schlisserman.  Who is Mr. Schlisserman?

25      A.    He's, I think, the VP of sales for Vigilant

1    Solutions.

2         Q.    And why was this e-mail sent from you to

3    Mike Budz?  Obviously, it's a thank you for helping to

4    move this.  Was this meant to memorialize this

5    transaction or was there some other purpose why it was

6    sent?

7         A.    Common civility.

8         Q.    Okay.  And how did this move come about?

9    Who was it that instituted this move of the assets of

10   Visual Pro 360 to Trinity?

11        A.    The assets of Vigilant were moved to Trinity

12   after a phone call from myself to Jeff White in which we

13   set up the move for the equipment -- Vigilant's

14   equipment back to Little Elm.

15        Q.    And who is the one who instituted that phone

16   call?  Was that you?

17        A.    I called Jeff White.  Jeff White told me to

18   move the equipment.  I called Jared.  Jared got a moving

19   truck, got the equipment loaded in the moving truck, and

20   drove it to Texas.

21        Q.    Okay.  And is it fair to assume that you and

22   Jared Hutchins are related?

23        A.    Yes, Jared is my son.

24        Q.    Okay.  And who physically did the moving?

25   Was it Jared and Tim Hall?

| | |
|---|---|
| **From:** | Jeff White <jwhite@visualpro360.com> |
| **Sent:** | Sunday, February 8, 2015 10:12 AM |
| **To:** | 'Gavin Hutchins'; Mike Budz |
| **Cc:** | Neil Schlisserman; 'Tim Hall'; 'David Harms'; 'Jared Hutchins' |
| **Subject:** | RE: Transfer of Items from Arizona to Trinity |

Thanks everyone for jumping through hoops to get this done so quickly.

Jared, thank you for making it all happen.

**From:** Gavin Hutchins [mailto:ghutchins@tsmtexas.com]
**Sent:** Sunday, February 08, 2015 8:17 AM
**To:** Mike Budz
**Cc:** neil.schlisserman@vigilantsolutions.com; Tim Hall; David Harms
**Subject:** Transfer of Items from Arizona to Trinity

Good morning,

Just wanted to say thank you to Mike Budz for facilitating the transfer of the 120+ boxes of Vigilant LPR equipment from Tempe to Little Elm on Thursday.

And **_many thanks_** to Jared Hutchins for making the long drive and working with Tim Hall to unload and inventory the equipment.

All of the items have been shipped, inventoried, signed for and put into storage at Trinity Sheet Metal in Little Elm.

Thanks for all the hard work guys!!

Regards,
Gavin Hutchins
C: 480-825-5121 | B: 972-292-3993
P.O. Box 380
2385 Oak Grove Parkway
Little Elm, TX 75068

VIG 001195



# *E X H I B I T     2*



# Invoice

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 6/30/2014 | 6/30/2014 | 00009015 |

| Bill To | Ship To |
|---------|---------|
| Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 | Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|-------------|-------|-----|------|-----|-----------|---------|
| 4115 | PMT plan | GS | 6/30/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|-----|-----------|-----------|-------------|-----------|--------|
| 16 | 0 | VS-SHIP-01 | S&H CHARGES FOR 65 KITS  1,040.00 | | |
| 0 | 28 | CDM-3PW234--RE | CDM KIT 25 35 50 CAMS W/PROCESSOR UNIT BASE SET POE HUB  9,209.00 | | |
| | | | KIT# 105608 - 105647 | | |
| | | | | | |
| | | | Shipping FedEx Ground - 16x CDMC3-R2HS-234 | | |
| | | | 756092915043373, 756092915043380, | | |
| | | | 756092915043397, 756092915043403, | | |
| | | | 756092915043410, 756092915043427, | | |
| | | | 756092915043434, 756092915043441, | | |
| | | | 756092915043458, 756092915043465, | | |
| | | | 756092915043472, 756092915043489, | | |
| | | | 756092915043496, 756092915043502, | | |
| | | | 756092915043519, 756092915043526 | | |

$147,344.00 / 16 = $9,209.00
$9,209.00 x 10 = $92,090.00

Please make checks payable to Vigilant Solutions

| | |
|---|---|
| **Subtotal** | $147,344.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $147,344.00 |



*E  X  H  I  B  I  T       3*



# Invoice

| Due Date | Date | Invoice # |
|---|---|---|
| 6/30/2014 | 6/30/2014 | 00009021 |

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

*Protecting Officers, Families and Communities*

| Bill To | Ship To |
|---|---|
| Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 | Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|---|---|---|---|---|---|---|
| 4115 | PMT plan | GS | 6/30/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 12 | 0 | VS-SHIP-01 | S&H CHARGES FOR GSM KITS            780.00 | | |
| 12 | 28 | CDM-3PW234--RE | CDM KIT 25 35 50 CAMS W/PROCESSOR BASE     9,728.00<br>SET POE HUB<br>KIT# 105608 - 105647<br>************************************<br>Kit # 105608    Police Version<br>VVR-20-925 25MM Camera<br>S/N: 20925-14047037<br><br>VVR-20-935 35MM Camera<br>S/N: 20935-14047072<br><br>VVR-20-950 50MM Camera<br>S/N: 20950-14047124<br><br>Garmin GPS Unit<br>S/N: 19M052252<br><br>PoE<br>S/N: N/A<br><br>Fermware Version<br>V. 061914.1500<br><br>Quick Startup Guide<br>Police Version<br><br>Installation Software CD<br>V. 5.0.2<br>************************************ | | |

$110,508.00 / 12 = $9,209.00
$9,021.00 x 11 = $101,299.00

**Please make checks payable to Vigilant Solutions**

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.0%)** | |
| **Payments/Credits** | |
| **Balance Due** | |



# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 6/30/2014 | 6/30/2014 | 00009021 |

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

**Bill To**

Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

**Ship To**

Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|-------------|-------|-----|------|-----|-----------|---------|
| 4115 | PMT plan | GS | 6/30/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|-----|-----------|-----------|-------------|------------|--------|
| | | | Garmin GPS Unit<br>S/N:<br><br>PoE<br>S/N: N/A<br><br>Fermware Version<br>V. 061914.1500<br><br>Quick Startup Guide<br>Police Version<br><br>Installation Software CD<br>V. 5.0.2<br>**********************************<br><br>Shipping FedEx Ground - 12x CDM-3PW234--RE<br>756092915043847, 756092915043854,<br>756092915043861, 756092915043878,<br>756092915043885, 756092915043892,<br>756092915043908, 756092915043915,<br>756092915043922, 756092915043939,<br>756092915043946, 756092915043953 | | |

Please make checks payable to Vigilant Solutions

| | |
|---|---|
| **Subtotal** | $110,508.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $110,508.00 |



**E X H I B I T  4**



# Invoice

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

| Due Date | Date | Invoice # |
|---|---|---|
| 8/26/2014 | 8/26/2014 | 00009297 |

**Bill To**

Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

**Ship To**

Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|---|---|---|---|---|---|---|
| 4115 | PMT plan | GS | 8/8/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 28 | 0 | VS-SHIP-01 | S&H CHARGES FOR 65 KITS | 65.00 | 1,820.00 |
| 28 | 0 | CDM-3PW234--RE | CDM KIT 25 35 50 CAMS W PROCESSOR BASE SET POE HUB KIT# 105608 - 105647 | 9,209.00 | 257,852.00 |
| | | | ********************************* | | |
| | | | Kit # 105608    Police Version VVR-20-925 25MM Camera S/N: 20925-14047037 | | |
| | | | VVR-20-935 35MM Camera S/N: 20935-14047072 | | |
| | | | VVR-20-950 50MM Camera S/N: 20950-14047124 | | |
| | | | Garmin GPS Unit S/N: 19M052252 | | |
| | | | PoE S/N: N/A | | |
| | | | Fermware Version V. 061914.1500 | | |
| | | | Quick Startup Guide Police Version | | |
| | | | Installation Software CD V. 5.0.2 | | |
| | | | ********************************* | | |

$257,852.00 / 28 = $9,209.00
$9,209.00 x 27 = $248,643.00

**Please make checks payable to Vigilant Solutions**

| | |
|---|---|
| Subtotal | |
| Sales Tax  (0.0%) | |
| Payments/Credits | |
| **Balance Due** | |



# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 8/26/2014 | 8/26/2014 | 00009297 |

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

Protecting Officers, Families and Communities

**Bill To**

Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

**Ship To**

Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|-------------|-------|-----|------|-----|-----------|---------|
| 4115 | PMT plan | GS | 8/8/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|-----|-----------|-----------|-------------|------------|--------|
| | | | FedEx Package 1 Tracking #: 756092915045056 | | |
| | | | FedEx Package 2 Tracking #: 756092915045063 | | |
| | | | FedEx Package 3 Tracking #: 756092915045070 | | |
| | | | FedEx Package 4 Tracking #: 756092915045087 | | |
| | | | FedEx Package 5 Tracking #: 756092915045094 | | |
| | | | FedEx Package 6 Tracking #: 756092915045100 | | |
| | | | FedEx Package 7 Tracking #: 756092915045117 | | |
| | | | FedEx Package 8 Tracking #: 756092915045124 | | |
| | | | FedEx Package 9 Tracking #: 756092915045131 | | |
| | | | FedEx Package 10 Tracking #: 756092915045148 | | |
| | | | FedEx Package 11 Tracking #: 756092915045155 | | |
| | | | FedEx Package 12 Tracking #: 756092915045162 | | |
| | | | FedEx Package 13 Tracking #: 756092915045179 | | |
| | | | FedEx Package 14 Tracking #: 756092915045186 | | |
| | | | FedEx Package 15 Tracking #: 756092915045193 | | |
| | | | FedEx Package 16 Tracking #: 756092915045209 | | |
| | | | FedEx Package 17 Tracking #: 756092915045216 | | |
| | | | FedEx Package 18 Tracking #: 756092915045223 | | |
| | | | FedEx Package 19 Tracking #: 756092915045230 | | |
| | | | FedEx Package 20 Tracking #: 756092915045247 | | |
| | | | FedEx Package 21 Tracking #: 756092915045254 | | |
| | | | FedEx Package 22 Tracking #: 756092915045261 | | |
| | | | FedEx Package 23 Tracking #: 756092915045278 | | |
| | | | FedEx Package 24 Tracking #: 756092915045285 | | |
| | | | FedEx Package 25 Tracking #: 756092915045292 | | |
| | | | FedEx Package 26 Tracking #: 756092915045308 | | |
| | | | FedEx Package 27 Tracking #: 756092915045315 | | |
| | | | FedEx Package 28 Tracking #: 756092915045322 | | |

Please make checks payable to Vigilant Solutions

| | |
|---|---|
| **Subtotal** | $257,852.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $257,852.00 |



*E  X  H  I  B  I  T        5*



# Invoice

**Protecting Officers, Families and Communities**

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

| Due Date | Date | Invoice # |
|---|---|---|
| 9/10/2014 | 9/10/2014 | 00009378 |

| Bill To | Ship To |
|---|---|
| Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 | Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|---|---|---|---|---|---|---|
| 4115 | PMT plan | GS | 9/10/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 4 | 0 | VS-SHIP-01 | S&H CHARGES FOR CDM KITS 65.00 260.00 | | |
| 0 | 0 | CDM-3PW234--RE | CDM KIT 25 35 50 CAMS+WPROCESSOR UNIT+BASE | 9309.00 | |

SET POE HUB
KIT# 105608 - 105647
*********************************************

Kit # 105608    Police Version
VVR-20-925 25MM Camera
S/N: 20925-14047037

VVR-20-935 35MM Camera
S/N: 20935-14047072

VVR-20-950 50MM Camera
S/N: 20950-14047124

Garmin GPS Unit
S/N: 19M052252

PoE
S/N: N/A

Fermware Version
V. 061914.1500

Quick Startup Guide
Police Version

Installation Software CD
V. 5.0.2
*********************************************

> **$36,836.00 / 4 = $9,209.00**
> **$9,209.00 x 3 = $27,627.00**

Please make checks payable to Vigilant Solutions

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (0.0%)** | |
| **Payments/Credits** | |
| **Balance Due** | |



Protecting Officers, Families and Communities

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

# Invoice

| Due Date | Date | Invoice # |
|---|---|---|
| 9/10/2014 | 9/10/2014 | 00009378 |

| Bill To |
|---|
| Visual Pro 360 |
| Russ Rosenquist |
| 1747 S. Holbrook |
| Tempe, AZ 85281 |
| 480-621-3395 |

| Ship To |
|---|
| Visual Pro 360 |
| Russ Rosenquist |
| 1747 S. Holbrook |
| Tempe, AZ 85281 |
| 480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|---|---|---|---|---|---|---|
| 4115 | PMT plan | GS | 9/10/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 0 | 0 | POWER-BOX-REAPER-PERMWIRE | VS REAPERSD POWERBOX W PERMWIRE | | |

KIT#105608
201411559
KIT#105609
201411526
KIT#105610
20141148
KIT#105611
201411606
KIT#105612
201411399
KIT#105613
20141164
KIT#105614
201426851
KIT#105615
201418208
KIT#105616
20141776
KIT#105617
201411515
KIT#105618
201411650
KIT#105619
201411639

Shipping FedEx 2nd Day Express
KIT#105581 - 105584 - 09/10/2014
771116021859, 771116021790, 771116021252,
771116021826

**Please make checks payable to Vigilant Solutions**

| | |
|---|---|
| **Subtotal** | $36,836.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $36,836.00 |



*E   X   H   I   B   I   T       6*



# Invoice

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 9/11/2014 | 9/11/2014 | 00009387 |

| Bill To | Ship To |
|---------|---------|
| Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 | Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|-------------|-------|-----|------|-----|-----------|---------|
| 4115 | PMT plan | GS | 9/11/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|-----|-----------|-----------|-------------|------------|--------|
| 6 | 0 | VS-SHIP-01 | S&H CHARGES FOR 6 KITS     390.00 | | |
| 0 | 0 | CDM-3PW234--RE | CDM KIT 25 35 50 CAMS W/PROCESSOR UNIT & BASE<br>SET POE HUB<br>KIT# 105608 - 105647<br>******************************<br>Kit # 105608     Police Version<br>VVR-20-925 25MM Camera<br>S/N: 20925-14047037<br><br>VVR-20-935 35MM Camera<br>S/N: 20935-14047072<br><br>VVR-20-950 50MM Camera<br>S/N: 20950-14047124<br><br>Garmin GPS Unit<br>S/N: 19M052252<br><br>PoE<br>S/N: N/A<br><br>Fermware Version<br>V. 061914.1500<br><br>Quick Startup Guide<br>Police Version<br><br>Installation Software CD<br>V. 5.0.2<br>****************************** | | |

$55,254.00 / 6 = $9,209.00
$9,209.00 x 5 = $46,045.00

Please make checks payable to Vigilant Solutions

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

**Balance Due**



# Invoice

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 9/11/2014 | 9/11/2014 | 00009387 |

| Bill To | Ship To |
|---------|---------|
| Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 | Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|-------------|-------|-----|------|-----|-----------|---------|
| 4115 | PMT plan | GS | 9/11/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|-----|-----------|-----------|-------------|------------|--------|
| 0 | 0 | POWER-BOX-REAPER-PERMWIRE | VS REAPERSD POWERBOX W PERMWIRE<br>KIT#105608<br>201411559<br>KIT#105609<br>201411526<br>KIT#105610<br>20141148<br>KIT#105611<br>201411606<br>KIT#105612<br>201411399<br>KIT#105613<br>20141164<br>KIT#105614<br>201426851<br>KIT#105615<br>201418208<br>KIT#105616<br>20141776<br>KIT#105617<br>201411515<br>KIT#105618<br>201411650<br>KIT#105619<br>201411639<br><br>Shipping FedEx 2nd Day Express<br>KIT#105585 - 105590 - 09/11/2014<br>771129576929, 771129577454, 771129578781,<br>771129579192, 771129579733, 771129579766 | | |

**Please make checks payable to Vigilant Solutions**

| | |
|---|---|
| **Subtotal** | $55,254.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $55,254.00 |



*E X H I B I T      7*



# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 10/30/2014 | 9/30/2014 | 00009463 |

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

**Protecting Officers, Families and Communities**

### Bill To
Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

### Ship To
Visual Pro 360
Russ Rosenquist
1747 S. Holbrook
Tempe, AZ 85281
480-621-3395

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|-------------|-------|-----|------|-----|-----------|---------|
| 4496 | Net 30 | MB | 9/30/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|-----|-----------|-----------|-------------|------------|--------|
| 55 | 75 | CDM-3PW234--RE | These first 5x Kits shipped to Dekalb County Police | 9,174.00 | 497,420.00T |

Description continued:

CDM KIT 25 35 50 CAMS W PROCESSOR U-BASE
SET POE HUB
*********************************
Kit # 105950    Police Version
VSR-20-925   25MM Camera
S/N: 20925-14067248

VSR-20-935 35MM Camera
S/N: 20935-14067319

VSR-20-950 50MM Camera
S/N: 20950-14067440

Garmin GPS Unit
S/N: 19M054015

POE
S/N: 201434565

Firmware Version
V.

Quick Startup Guide
Police Version

Installation Software CD

**$504,570.00 / 55 = $9,174.00**
**$9,174.00 x 50 = $458,700.00**

Please make checks payable to Vigilant Solutions

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.0%)** | |
| **Payments/Credits** | |
| **Balance Due** | |



# Invoice

| Due Date | Date | Invoice # |
|---|---|---|
| 10/30/2014 | 9/30/2014 | 00009463 |

2021 Las Positas Court
Suite 101
Livermore, CA 94551
Phone # 925-398-2079
Fax # 925-398-2113

*Protecting Officers, Families and Communities*

| Bill To | Ship To |
|---|---|
| Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 | Visual Pro 360<br>Russ Rosenquist<br>1747 S. Holbrook<br>Tempe, AZ 85281<br>480-621-3395 |

| P.O. Number | Terms | Rep | Ship | Via | Account # | Project |
|---|---|---|---|---|---|---|
| 4496 | Net 30 | MB | 9/30/2014 | Federal Express | 1005064 | |

| Qty | Backorder | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|---|
| | | | Shipping FedEx Ground - 20x Kits<br>756092915047043, 756092915047050,<br>756092915047067, 756092915047074,<br>756092915047081, 756092915047098,<br>756092915047104, 756092915047111,<br>756092915047128, 756092915047135,<br>756092915047142, 756092915047159,<br>756092915047166, 756092915047173,<br>756092915047180, 756092915047197,<br>756092915047203, 756092915047210,<br>756092915047227, 756092915047234 | | |

**Please make checks payable to Vigilant Solutions**

| | |
|---|---|
| **Subtotal** | $504,570.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $504,570.00 |